JS-6

# UNITED STATES DISTRICT COURT
# SANTA ANA DISTRICT COURT
# WESTERN DIVISION

| | |
|---|---|
| MARIA ESCOBEDO, | Case No.: 2:18-cv-06037-JDE |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' Stipulation (Dkt. 19), the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: March 29, 2019

JOHN D. EARLY
United States Magistrate Judge

-1-